IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AccuSource HR, Inc., a California corporation,<br>*Plaintiff,*<br><br>v.<br><br><br>Lone Star Overnight, LLC, d/b/a LSO; and<br>Lone Star Holdings, LLC, d/b/a LSO and/or<br>Lone Star Overnight,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-00303-DII<br>Judge James R. Nowlin |

## MOTION FOR FINAL DEFAULT JUDGMENT

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Plaintiff AccuSource HR, Inc. ("AccuSource") hereby requests the Clerk of Court enter final default judgment against Defendants Lone Star Overnight, LLC, d/b/a LSO, and Lone Star Holdings, LLC, f/k/a or formerly d/b/a Lone Star Overnight and LSO.

## SUMMARY AND RELIEF REQUESTED

AccuSource[1] and Lone Star Overnight are parties to a contract, under which AccuSource would provide human resources screening services for Lone Star Overnight. However, Lone Star Overnight soon quit paying its invoices and thus breached the contract. In total Lone Star Overnight owes AccuSource $418,866.11 in unpaid invoices

---

[1] AccuSource is the successor-in-interest to the original signatory to the agreement, LFL Enterprises LLC dba Proforma Screening Solutions.

and fees. Lone Star Overnight refused to respond to AccuSource's repeated requests for payment, which forced AccuSource to file the instant lawsuit. The First Amended Complaint was filed on May 29, 2024, *see* Dkt. No. 16, and despite being properly and timely served, Defendants failed to answer or otherwise appear. On August 1, 2024, the Clerk of Court entered default for both defendants. *See* Dkt. No. 27. Judgment should therefore be entered against Defendants for the amount due under the contract.

## FACTS

1. AccuSource is a California corporation with its principal place of business in Phoenix, Arizona.

2. Lone Star Overnight, LLC, d/b/a LSO, is a Delaware limited liability company with its principal place of business in Austin, Texas. Lone Star Overnight was previously known as WeDo LSO Buyer, LLC. In approximately September 2020, WeDo LSO Buyer, LLC, formally changed its name to Lone Star Overnight, LLC (hereafter "Lone Star Overnight"), as reflected in records with the Secretary of State of Texas.

3. Lone Star Holdings, LLC (hereafter "Lone Star Holdings") currently does and/or formerly did business under the names LSO and Lone Star Overnight, LLC, is a Delaware limited liability company. Lone Star Holdings' principal place of business is in Austin, Texas or Nashville, Tennessee.

4. Lone Star Overnight and Lone Star Holdings have each also operated out of one or both of the following addresses: 6500 River Place Blvd., BLDG II, Austin, TX 78730; 2800 E Plano Pkwy, Ste 300, Plano, TX 75074.

5. Lone Star Overnight and Lone Star Holdings each do or have done business as Lone Star Overnight, or, as known locally in the regional courier service, "LSO."

6. Indeed, in 2007, Lone Star Holdings, in Texas, formerly assumed the name Lone Star Overnight, LLC.

7. In 2015, that same entity, Lone Star Holdings, assumed the name "LSO."

8. In 2016, Lone Star Holdings also assumed the name "LSO Parcel."

9. In 2021, Lone Star Overnight, LLC, f/k/a WeDo LSO Buyer, LLC, assumed the names "LSO" and "LSO Parcel."

10. Lone Star Overnight and Lone Star Holdings are collectively referred to herein as the "LSO Parties."

11. In June 2020, "Lone Star Overnight" and AccuSource entered into a Proforma Screening Solutions Service Agreement (the "Agreement"). *See* Declaration of Todd Brown, attached as **Exhibit 1**, ¶ 3 and **Exhibit A** thereto.

12. According to the Customer Application attached to the Agreement, the contracting "Company Name" was LSO, and LSO, through Lone Star Holdings, LLC, executed the Agreement on June 15, 2020. *See* Agreement at 11.

13.    AccuSource's predecessor-in-interest executed the Agreement on June 29, 2020. *Id.*

14.    The initial term of the Agreement was for 2 years, and automatically renewed each year on the anniversary of the effective date unless terminated by either party at least 60 days in advance. *Id.* ¶ 10.

15.    Under the Agreement, AccuSource agreed to provide to LSO services including consumer information, consumer reports, investigative consumer reports, and background screenings of LSO's prospective and current employees.

16.    Specifically, LSO opted into AccuSource's Client Direct – CBC & MVR Contractor Package, which provides SSN Locator/Trace, County Criminal Court Records, a multi-state criminal record search and sex offender search, motor vehicle and driver records, an addition to certain drug tests. *See* Agreement, Addendum B.

17.    Under the Agreement, LSO agreed to "pay [AccuSource] nonrefundable fees and other charges and costs for the consumer information provided to" it. *See* Agreement, ¶ 8.

18.    LSO also agreed to pay AccuSource's invoices within 30 days from the invoice date. *Id.*

19.    The Agreement provides that accounts with invoices 30 days or more past due will be assessed an interest charge of 1.5% per month, or the maximum amount allowed by law, whichever is less. *Id.*

20. LSO, pursuant to the Agreement, agreed that "[i]f the account goes to collection, [LSO] will pay all collection expenses, including attorneys' fees and court costs." *Id.*

21. AccuSource provided all services to LSO as contemplated by the Agreement. Indeed, AccuSource provided services to Lone Star Overnight, LLC, Lone Star Holdings, and/or "LSO," as reflected by invoices both before and after November 30, 2021.

22. AccuSource billed LSO, Lone Star Overnight, and/or Lone Star Holdings first at 6500 River Place Blvd, Suite 2-105, Austin, TX 78730 and then at 2800 East Plano Parkway, Suite 300, Plano, TX 75074.

23. In spite of AccuSource's performance, LSO, Lone Star Overnight, LLC, and/or Lone Star Holdings have failed and/or refused to pay no less than 16 of AccuSource's invoices, beginning with an invoice dated November 30, 2021 in the amount of $58,940.92.

24. The unpaid invoices are dated between November 30, 2021 and July 31, 2023, and are summarized as follows:

| Date | Due Date | Open Balance | 1.5% Interest per month | Interest Total |
|---|---|---|---|---|
| 11/30/2021 | 12/31/2021 | $58,940.92 | $884.11 | $27,554.88 |
| 12/31/2021 | 01/31/2022 | $57,222.37 | $858.34 | $25,864.51 |
| 06/30/2022 | 07/31/2022 | $6,396.24 | $95.94 | $2,312.24 |
| 07/31/2022 | 08/31/2022 | $7,647.93 | $114.72 | $2,646.18 |
| 08/31/2022 | 09/30/2022 | $12,959.14 | $194.39 | $4,289.48 |
| 09/30/2022 | 10/31/2022 | $17,189.86 | $257.85 | $5,423.40 |
| 10/31/2022 | 11/30/2022 | $17,186.92 | $257.80 | $5,164.67 |
| 11/30/2022 | 12/31/2022 | $26,704.66 | $400.57 | $7,610.83 |
| 12/31/2022 | 01/31/2023 | $30,515.86 | $457.74 | $8,224.02 |
| 01/31/2023 | 02/28/2023 | $5,135.26 | $77.03 | $1,312.06 |
| 02/28/2023 | 03/31/2023 | $6,423.16 | $96.35 | $1,541.56 |
| 03/31/2023 | 04/30/2023 | $10,838.15 | $162.57 | $2,438.58 |
| 04/30/2023 | 05/31/2023 | $29,055.40 | $435.83 | $6,087.11 |
| 05/31/2023 | 06/30/2023 | $17,889.53 | $268.34 | $3,479.51 |
| 06/30/2023 | 07/31/2023 | $8,029.91 | $120.45 | $1,437.35 |
| 07/31/2023 | 08/31/2023 | $1,155.49 | $17.33 | $188.92 |

Total Open Balance:  $313,290.80          Total Interest:  $105,575.31

**GRAND TOTAL: $418,866.11**

See T. Brown Decl. & **Exhibit B** thereto.

25.    AccuSource has made multiple demands for payment, but the LSO Parties have failed or refused to pay AccuSource for the services AccuSource provided to them.

26.    As of July 31, 2024, one or all of the LSO Parties owed AccuSource no less than $418,866.11 for the services AccuSource provided to one or all of them, which

includes the contractual interest rate of 1.5%. The LSO Parties also owe additional interest and late fees which are continuing to accrue.

27.     As of July 31, 2024, AccuSource has incurred costs in the amount of $1,568.08. *See* Bill of Costs, attached as **Exhibit 2**.

28.     As of July 31, 2024, AccuSource has incurred attorney fees in the amount of $42,239.50. *See* Declaration of Adam Buck, attached as **Exhibit 3** & **Exhibit A** thereto.

## PROCEDURAL FACTS

29.     On May 29, 2024, AccuSource filed its First Amended Complaint. *See* Dkt. No. 16.

30.     Lone Star Holdings, LLC, d/b/a LSO and/or Lone Star Overnight was served via CT Corporation System on May 31, 2024, *see* Dkt. No. 22, so its answer or other responsive pleading was due on June 21, 2024.

31.     The return of service for Lone Star Holdings, LLC, d/b/a LSO and/or Lone Star Overnight was filed with the Court on June 25, 2025.  *See* Dkt. No. 22

32.     Lone Star Overnight, LLC, d/b/a/ LSO was served via Capitol Corporate Services, Inc. on May 31, 2024, *see* Dkt. No. 21. Lone Star Overnight, LLC, d/b/a LSO was also served via its Manager on June 20, 2024, *see* Dkt. No. 23, so its answer was due on July 11, 2024.

33.     The returns of service for Lone Star Overnight, LLC, d/b/a LSO were filed with the Court on June 25, 2024.  *See* Dkt. Nos. 21, 23.

34.     As of the date of this filing, the returns of service for both Defendants have been on file with the Court for 64 days.

35.     Neither of the LSO Parties answered the First Amended Complaint or otherwise appeared, and the Clerk of Court entered default against each Defendant on August 1, 2024.  *See* Dkt. No. 27.

## ARGUMENT

Under Texas law, the "essential elements" of breach of contract are: "(1) the existence of a valid contract; (2) performance or tendered performance by the plaintiff; (3) breach of contract by the defendant; and (4) damages sustained by the plaintiff as a result of the breach." *Smith Int'l, Inc. v. Egle Grp., LLC*, 490 F.3d 380, 387 (5th Cir. 2007) (citation omitted).  All elements are met here.

First, the Agreement between the LSO Parties and AccuSource is a valid and enforceable contract.  Second, AccuSource has satisfied all of its contractual obligations. Specifically, it has provided to the LSO Parties services under the Agreement.  Third, the LSO Parties have breached the Agreement by refusing to pay for those services as required by the Agreement.  Fourth, as a result of the LSO Parties' breach, AccuSource has suffered and will continue to suffer damages.

Accordingly, all elements of AccuSource's breach of contract claim are met. AccuSource is therefore entitled to default judgment against the LSO Parties in the amount of $418,866.11.  AccuSource is also entitled to its costs of $1,568.04, as established

by the Bill of Costs attached as **Exhibit 2**; its reasonable attorney fees of $42,239.50, as established by the Declaration of Adam Buck attached as **Exhibit 3**, pursuant to the terms of the Agreement; and post-judgment interest at the contractual 1.5% rate.

As outlined above, the LSO Parties failed to respond to the First Amended Complaint by the required deadlines and the Clerk of Court has entered their default. Default Judgment may now be entered by the Clerk of Court pursuant to Fed. R. Civ. P. 55(b)(1) because the judgment is for the sum certain amount of **$462,673.69**, which is $418,866.11 in unpaid invoices plus the contractual 1.5% interest (pursuant to Paragraph 8 of the Agreement); $1,568.08 in costs; and $42,239.50 in attorney fees as of July 31, 2024. These amounts are supported by a declaration from the plaintiff verifying the amount owed (Exhibit 1), a Bill of Costs (Exhibit 2), and an Attorney Fee Declaration (Exhibit 3). The defendants are corporations and therefore not infants or incompetent persons and each defendant was personally served.

## CONCLUSION

AccuSource is entitled to a Default Judgment in the amount of **$462,673.69** plus post-judgment interest at the contractual rate of 1.5%. A proposed Judgment is filed contemporaneously herewith.

WHEREFORE, based on the foregoing, AccuSource respectfully requests that the Clerk enter final judgment against both Defendant Lone Star Overnight, LLC, d/b/a/

LSO and Defendant Lone Star Holdings, LLC, d/b/a LSO and/or Lone Star Overnight in the form filed contemporaneously herewith.

Dated: August 29, 2024

Respectfully submitted,

/s/ *Adam Buck*
**Jay J. Madrid, Esq. (**State Bar No. 12802000)
madrid.jay@dorsey.com
**Adam Buck, Esq.** *Pro Hac Vice*
buck.adam@dorsey.com
**Maryann Bauhs Esq.** *Pro Hac Vice*
bauhs.maryann@dorsey.com
Dorsey & Whitney LLP
200 Crescent Ct, Suite 1600
Dallas, TX 75201
214 981-9900(main)
214 981-9901(facsimile)

*Attorneys For Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2024, a true and correct copy of the foregoing was served upon the following via United States Mail in compliance with the Federal Rules of Civil Procedure.

Lone Star Holdings
CT Corporation System
1999 Bryan St Ste 900
Dallas, EX 75201

Lone Star Overnight, LLC
Capitol Corporate Services, Inc.
1501 S Mopac Expy, Ste. 220
Austin, TX 78746

/s/ *Adam Buck*