UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AccuSource HR, Inc.,<br>*Plaintiff,*<br><br>v.<br><br>Lone Star Holdings, LLC d/b/a LSO and/or Lone Star Overnight; Lone Star Overnight, LLC d/b/a LSO,<br>*Defendants.* | § § § § § § § § § § | Case No. 1-24-CV-00303-JRN |

# FINAL JUDGMENT

On October 8, 2024, the Court granted Plaintiff AccuSource HR, Inc.'s motion for default judgment (Dkt. 28). Because nothing remains to resolve, the Court enters the following Final Judgment under Federal Rule of Civil Procedure 58.

It is **ORDERED** that AccuSource HR, Inc. shall recover the following sums against the defendants: (1) $418,866.11 in damages, (2) $42,239.50 in attorneys' fees, (3) $698 in costs, and (4) post-judgment interest under 28 U.S.C. § 1961(a).

It is further **ORDERED** that this case is **CLOSED.**

Signed this 8th day of October, 2024.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE